**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24331-FAM

CARLOS BRITO,

      Plaintiff,

v.

DORAL PROJECTS CORP. and IL
FORNO RISTORANTE CORP D/B/A IL
FORNO RISTORANTE,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, DORAL PROJECTS CORP. and IL FORNO RISTORANTE CORP D/B/A IL FORNO RISTORANTE, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending completion of certain terms of the Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice upon completion of certain terms of the Settlement Agreement, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this February 26, 2025.

*/s/* Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

*/s/ Francesca Ippolito-Craven*
FRANCESCA IPPOLITO-CRAVEN
Florida Bar Number: 0145361
KUBICKI DRAPER
9100 South Dadeland Blvd.
Suite 1800
Miami, Florida 33156
Telephone: (305) 982-6604
Email: *fic@kubickidraper.com*
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this February 26, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: *  /s/ Anthony J. Perez*
     ANTHONY J. PEREZ

2