UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24331-CIV-MORENO**

CARLOS BRITO,

        Plaintiff,

vs.

DORAL PROJECTS CORP.; and IL FORNO
RISTORANTE CORP D/B/A IL FORNO
RISTORANTE,

        Defendants.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER
## DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Final Dismissal with Prejudice **(D.E. 18)**, filed on **April 17, 2025**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are **DENIED** as moot with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of May 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record